```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611147742
Cashier ID: almaceh
Transaction Date: 02/27/2020
Payer Name: tia hicks

COMMERCIAL REGISTRY OTHER
 For: mark django hicks jr
 Case/Party: D-CAN-3-20-MJ-070160-001
 Amount:          $0.00

NON-CASH COLLATERAL
 Amt Tendered:   $0.00

Total Due:       $0.00
Total Tendered:  $0.00
Change Amt:      $0.00

deed of trust
DOC#20200036981-00


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```